FILED

06/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0052

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0052

GARY AND CAROLYN KAUL,

       Plaintiffs and Appellants,

    v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

       Defendant and Appellee.

**GRANT OF EXTENSION**

Appellee State Farm Mutual Automobile Insurance Company ("State Farm") has requested a 30-day extension from July 6, 2020, up to and including August 5, 2020, to file its Response Brief in this matter. Good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee State Farm shall have until and including August 5, 2020, within which to file its Response Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 25 2020